DANIEL W. MCCLAIN, Appellant, *v.* BENJAMIN SCHOFIELD et al., Respondents.

Reported below, 74 Hun, 437.
(Argued December 11, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 15, 1893, which overruled plaintiff's exceptions ordered to be heard in the first instance at General Term and directed judgment for defendants.

*Abraham Gruber* for appellant.

*J. Mayhew Wainwright* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.